# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-3718

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Antonio Soberanis-Sagrero, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

———————

Submitted: May 6, 2003
Filed: May 16, 2003

———————

Before LOKEN, Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

———————

PER CURIAM.

Antonio Soberanis-Sagrero pleaded guilty to possessing with the intent to distribute approximately 695 grams of a substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). The district court[1] sentenced him to 168 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), raising the issue of the plea's validity.

---

[1]The HONORABLE RICHARD H. KYLE, United States District Judge for the District of Minnesota.

We find no plain error in the court's acceptance of the guilty plea.  See United States v. Vonn, 535 U.S. 55, 58-59 (2002).  We have reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), and we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.